___ FILED         ___ LODGED
___ RECEIVED  ___ COPY

APR 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Joyce Marie Jones
10350 W. McDowell Rd. 3114
AvondaleAZ 85392
(972) 898-9711

## IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Joyce Marie Jones,

                    Plaintiff,

v.

Academies of Math and Science,

                    Defendant(s).

CASE NUMBER:    **CV-18-01121-PHX-DJH**

**COMPLAINT**

### Jurisdiction

This court has jurisdiction over this matter pursuant to Civil Rights Act 1964 Sec 703 (a) It shall be unlawful employment practice to (1) discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment because of such individual's race, religion, race, sex, or national origin, or (2) to limit, segregate, or classify in his employees in any way which would deprive any individual of employment opportunities, or otherwise adversely affect his status as an employee because of such individual's race, color, religion, sex, or national origin. §§ . The plaintiff is a resident of Avondale, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Tuscon, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

### Complaint

On November 22, 2017, I.E. a White student in the Plaintiff Joyce Jones's 5th grade class threw a ball and hit the Plaintiff on the right side of her head. Both parents of I.E. are White. On December 2, 2017, the mother of I.E. made reference to the Plaintiff, Joyce Jones and Shirley Ortega the principal at the Academy of Math and Science Camelback that a "blonde hair and blue eyed teacher would have been respected by I.E. The father of I.E. made threats to the Plaintiff Joyce Jones in the presence of Shirley Ortega that he the father was on a school board and he would take I.E. from the Academy of Math and Science Camelback. The principal of Academy of Math and Science Camelback agreed with I.E.'s parents when they made both statements in the above complaint. On December 6, 2017, the mother of I.E. sent a

document to the Plaintiff by I.E. The document stated that I.E. would not be coming back to the Plaintiff's class.  On December 7, 2017, Shirley Ortega breached the contract of the Joyce Jones by terminating her employment with Academy of Math and Science Camelback.

## Demand

The Plaintiff, Joyce Jones in the above complaint is seeking damages and other relief in excess of $300,000.00, Compensatory damages and $50,000.00 in punitive damages for pain and suffering. A.R.S. 25-1501 Severability of employment relationship from retaliatory discharge, exclusively remedies in employment. **Damages: $$350,000.00** I believe Joyce Jones is entitled to $300,000.00 for back and future pay, and $50,000.00 for punitive damages for pain and suffering.

Date: _April 12, 2018_

_____
Signature of Pro Se Plaintiff
Joyce Marie Jones
10350 W. McDowell Rd. 3114
Avondale, AZ 85392
(972) 898-9711